BUCKLEY, APPELLEE, *v.* WINTERING ET AL.; AMERICAN CASUALTY
COMPANY OF READING, PENNSYLVANIA, APPELLANT.

[Cite as *Buckley v. Wintering,* 101 Ohio St.3d 96, 2004-Ohio-199.]

(No. 2003–0641—Submitted December 15, 2003—Decided February 4, 2004.)

{¶ 1} The motion for reconsideration of the judgment of November 5, 2003, found at 100 Ohio St.3d 302, 2003-Ohio-5888, 798 N.E.2d 1077, is granted.

{¶ 2} The court of appeals' February 25, 2003 judgment is vacated.

{¶ 3} The court of appeals' December 17, 2002 judgment is affirmed on the authority of *Westfield Ins. Co. v. Galatis,* 100 Ohio St.3d 216, 2003-Ohio-5849, 797 N.E.2d 1256.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

Lamkin, Van Eman, Trimble, Beals & Dougherty, Thomas W. Trimble and John A. Federico, for appellee Nancie E. Buckley.

Keener, Doucher, Curley & Patterson, W. Charles Curley and Jenifer J. Murphy, for appellant.

Robert W. Kerpsack Co., L.P.A., and Robert W. Kerpsack, urging reconsideration of the judgment of November 5, 2003, for amicus curiae Bruce J. German.